IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KUTMAN SABIROV,<br><br>Petitioner,<br><br>vs.<br><br>BILL BRUEGGEMANN, Sheriff, Cass County, Nebraska; DAVID EASTERWOOD, Acting Director, St. Paul Field Office Director for U.S. Immigration and Customs Enforcement; ACTING DIRECTOR TODD M. LYONS, Acting Director, Immigration and Customs Enforcement; SECRETARY MARKWAYNE MULLIN, Secretary of the Department of Homeland Security; and TODD BLANCHE, Acting Attorney General, United States Department of Justice;<br><br>Respondents. | 7:26CV5010<br><br><br>ORDER |

This matter is before the Court on Petitioner Kutman Sabirov's Notice of Voluntary Dismissal as to Respondent Bill Brueggemann, Sherriff of Cass County. (Filing No. 5). Sabirov explains he named Brueggemann as his "immediate custodian" because Sabirov was being held at the Cass County Jail when he filed the petition. (Filing No. 5 at 1); *see* 28 U.S.C. § 2243. But now, Sabirov says, he is detained "pursuant to the authority of U.S. Immigration and Customs Enforcement" and "no longer seeks relief" against Brueggemann. (Filing No. 5 at 1).

Having considered the matter, the Court will grant Sabirov's request to dismiss Brueggemann as a party. Accordingly,

**IT IS ORDERED:**

1. Respondent Bill Brueggemann is dismissed from this action.

2. Petitioner Kutman Sabirov's claims against the other respondents remain pending.

Dated this 27th day of May, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge